1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,              )        CR 05-0485-PCT-SMM
                                            )
10              Plaintiff,                   )
                                            )
11         v.                               )
                                            )        **ORDER**
12                                          )
     Emerson Austin,                        )
13                                          )
              Defendant.                    )
14                                          )
                                            )
15

16        On September 19, 2006, the Court conducted a sealed hearing to address the

17   September 14, 2006 oral and written request of defendant Emerson Austin ("Defendant")

18   to represent himself.  At the conclusion of the hearing, the Court held that Defendant had

19   effectuated a timely, unequivocal, knowing, voluntary, and intelligent waiver of his right

20   to counsel and granted his request to proceed pro se.  In addition, the Court appointed Mr.

21   David L. Lockhart to represent Defendant as advisory, standby counsel.

22        At the September 19 hearing, the Defendant also requested a short continuance of

23   the trial date to prepare his case for trial.  Upon the oral motion of the Defendant, and good

24   cause appearing therefore, the Court will grant Defendant's Motion to Continue the Trial

25   pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(1)(F).  This Court specifically finds,

26   pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by granting a

27   continuance of the trial date outweigh the best interest of the public and the defendants in a

28   speedy trial.  This finding is based upon the following conclusions: (i) the Defendant will

1  have to prepare himself for trial, after having been represented by counsel from the

2  commencement of this case until September 19, 2006; and (ii) although the facts in this

3  case are not complicated, and Defendant will be assisted by advisory counsel Lockhart, he

4  is unskilled in the law and therefore requires sufficient time to familiarize himself with the

5  evidence and discovery in the present case.

6        **IT IS HEREBY ORDERED** that the Clerk of Court shall forward a copy of this

7  Order to all counsel, including standby counsel David L. Lockhart.

8        **IT IS FURTHER ORDERED GRANTING** Defendant Austin's oral motion to

9  continue the trial date.

10       **IT IS FURTHER ORDERED** that the trial date be continued from October 3,

11  2006 to December 5, 2006 at 9:00 a.m.

12       **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.

13  §3161(h)(8)(A) will commence on October 3, 2006 for a total of 64 days.

14       **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.

15  §3161(h)(1)(F) will commence on September 14, 2006 for a total of 6 days.

16       DATED this 21st day of September, 2006.

17

18

19  _____
     Stephen M. McNamee
     United States District Judge

20

21

22

23

24

25

26

27

28